## ERIE INS. EXCHANGE v. BORDEAUX

No. 188P99

Case below: 132 N.C.App. 585

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

## ESTRIDGE v. HOUSECALLS HEALTHCARE GRP., INC.

No. 47A99

Case below: 131 N.C.App. 744

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 22 July 1999. Conditional petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.

## FAULKENBURY v. TEACHERS' AND STATE EMPLOYEES' RET. SYS.

No. 335P99

Case below: 133 N.C.App. 587

Motion by defendant for temporary stay allowed 22 July 1999.

## FIRST CITIZENS BANK & TRUST CO. v. 4325 PARK RD. ASSOCS.

No. 304P99

Case below: 133 N.C.App. 153

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.

## FLOYD v. FIRST CITIZENS BANK

No. 165P99

Case below: 132 N.C.App. 527

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 22 July 1999.